# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158173 & (11)

SCOTT KURASHIGE, Ph.D., and
EMILY LAWSIN, M.A.,
    Plaintiffs-Appellees,

v

              SC: 158173
              COA: 344559
              Washtenaw CC: 16-001111-CD

UNIVERSITY OF MICHIGAN,
    Defendant-Appellant.
_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 23, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

   BERNSTEIN, J., did not participate due to a familial relationship with a person associated with the case.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018

d0920

                 Clerk